UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LLS AMERICA, LLC,<br><br>                    Debtor, | NO:  CV-12-670-RMP<br><br>Bankr. Case No. 09-06194-PCW11 |
| BRUCE P. KRIEGMAN, solely in his capacity as court-appointed Chapter 11 Trustee for LLS America, LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>MATT MAYER,<br><br>                    Defendant. | Adv. Proc. No. 11-80156-PCW11<br><br>ORDER DISSMING CASE WITH PREJUDICE |

Pursuant to the Order Granting Stipulation of Dismissal of Defendant filed in the Bankruptcy Court on May 14, 2013, in case number 09-06194-PCW11, ECF No. 37, this Court hereby dismisses this case with prejudice and without costs to

ORDER DISMISSING CASE WITH PREJUDICE  ~ 1

1 any party.  Any pending motions are denied as moot, and any pending court dates
2 are hereby stricken.
3 **IT IS SO ORDERED**.
4 The District Court Clerk is hereby directed to enter this Order and to provide
5 copies to counsel.
6 **DATED** this 16th day of August 2013.

7

8         *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
9         Chief United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20